IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ADAM FRANCIS,<br><br>                Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY, a Political Subdivision of the State of Nebraska; JOHN DOE, in his or her individual capacity as medical director of Wellpath, LLC; JANE DOE, in his or her individual capacity as medical director of Wellpath, LLC; WELLPATH LLC, JOHN DOE, in their individual capacities as representatives of Douglas County and/or Wellpath, LLC; and JANE DOE, in their individual capacities as representatives of Douglas County and/or Wellpath, LLC;<br><br>                Defendants. | **8:21CV18**<br><br><br>**ORDER** |

        On January 10, 2021, Defendant Douglas County ("Douglas County") filed a Motion to Compel (Filing No. 52), requesting that the Court enter an order compelling Plaintiff, who is proceeding *pro se*, to provide discovery responses. The Motion indicates Plaintiff has failed to respond to discovery requests and has not communicated with Douglas County's counsel. The Motion to Compel further requests that Plaintiff's remaining claims in Count III against Douglas County be dismissed if Plaintiff fails to provide discovery responses. Plaintiff has not responded to Defendant's Motion to Compel.

        Based on the above,

**IT IS ORDERED** that Defendant's Motion to Compel ([Filing No. 52](#)) is granted. Plaintiff shall respond to Defendant's discovery requests by **February 24, 2022**. If Plaintiff fails to respond to the discovery requests as ordered, Douglas County shall immediately advise the Court. Upon such notice, the undersigned will recommend that Plaintiff's remaining claims in Count III against Douglas County be dismissed.

Dated this 25th day of January, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge