IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ADAM FRANCIS,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY, a Political Subdivision of the State of Nebraska; JOHN DOE, in his or her individual capacity as medical director of Wellpath, LLC; JANE DOE, in his or her individual capacity as medical director of Wellpath, LLC; WELLPATH LLC, JOHN DOE, in their individual capacities as representatives of Douglas County and/or Wellpath, LLC; and JANE DOE, in their individual capacities as representatives of Douglas County and/or Wellpath, LLC;<br><br>Defendants. | 8:21CV18<br><br>**FINDINGS AND RECOMMENDATION** |

On January 10, 2021, Defendant Douglas County ("Douglas County") filed a Motion to Compel (Filing No. 52), requesting that the Court compel Plaintiff, who is proceeding *pro se*, to provide discovery responses. The motion indicated Plaintiff had failed to properly respond to discovery requests and had not communicated with Douglas County's counsel. The motion further requested that Plaintiff's remaining claims in Count III against Douglas County be dismissed if Plaintiff failed to provide discovery responses. Plaintiff did not respond to Defendant's motion.

On January 25, 2022, the undersigned granted the Motion to Compel and directed Plaintiff to provide discovery responses by February 24, 2022. (Filing No. 55.) Plaintiff was advised that

failure to provide responses by that date would result in a recommendation that Plaintiff's remaining claims in Count III against Douglas County be dismissed.

On February 25, 2022, counsel for Douglas County advised the Court that Plaintiff has not responded to the discovery requests as ordered. Counsel also advised that she has had no communication with Plaintiff whatsoever. (Filing No. 56.)

Based on the above,

**IT IS HEREBY RECOMMENDED** to Chief United States District Court Judge Robert Rossiter, Jr. that Plaintiff's remaining claims in Count III against Douglas County be dismissed.

Dated this 28th day of February, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge

**ADMONITION**

A party may object to a magistrate judge's order by filing an objection within fourteen (14) days after being served with a copy of the findings and recommendation. Failure to timely object may constitute a waiver of any objection.