IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ADAM FRANCIS,<br><br>                Plaintiff,<br><br>     v.<br><br>DOUGLAS COUNTY, a political subdivision of the State of Nebraska; *et al.*,<br><br>                Defendants. | **8:21CV18**<br><br>**ORDER** |

       This matter is before the Court on the magistrate judge's[1] February 28, 2022, Findings and Recommendation (Filing No. 57), recommending the Court dismiss pro se plaintiff Adam Francis's ("Francis") "remaining claims in Count III" of his Amended Complaint (Filing No. 9) as to defendant Douglas County ("Douglas County") for failing to comply with the magistrate judge's order to provide discovery responses by February 24, 2022 (Filing No. 55).[2] Francis did not object to the Findings and Recommendation, and the time to do so has now passed. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; NECivR 72.2. The Court finds the magistrate judge's Findings and Recommendation should be accepted. Accordingly,

       IT IS ORDERED:

---

    [1]The Honorable Susan M. Bazis, United States Magistrate Judge for the District of Nebraska.

    [2]It is not clear whether Francis asserts such a claim against Douglas County. In the third cause of action in his Amended Complaint, Frances alleges

> Defendants John Doe and/or Jane Doe, in their individual capacities as representatives of [Douglas County Correctional Center ("DCCC")] or Wellpath, or as medical director of Wellpath, are liable to the Plaintiff for all his damages by virtue of Plaintiff's rights under the Fourteenth Amendment and Eighth Amendment, pursuant to 42 U.S.C. § 1983, and Defendant's [sic] deliberate indifference to Plaintiff's need for medical treatment while confined at [DCCC].

2

1. The magistrate judge's Findings and Recommendation (Filing No. 57) is accepted.
2. Any claim plaintiff Adam Francis asserts against defendant Douglas County in the third cause of action in his Amended Complaint (Filing No. 9) is dismissed with prejudice.

Dated this 21st day of March 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge